**Order entered September 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00714-CV

## IN THE INTEREST OF I.H.J., A CHILD

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-18-11128**

## ORDER

Before the Court is appellant's "Agreed Motion for Continuance" which the Court construes as a motion for an extension of time to file his amended brief. We **GRANT** the motion. We **ORDER** the amended brief tendered to this Court by appellant on September 16, 2019 filed as of the date of this order.

/s/    ERIN A. NOWELL
       JUSTICE